UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:02CR152-V |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| QUENTEN LAMAR DOZIER | ) | |

This matter is before the Court upon Motion of the Government requesting that Defendant's sentence be reduced pursuant to Fed. R. Crim. P. 35(b).

The Court finds, for the reasons stated in the Government's motion, Defendant has provided substantial assistance to the Government through continued debriefings with law enforcement, since the imposition of his sentence of 240 months imprisonment on or about April 9, 2003.

IT IS THEREFORE, ORDERED that Defendant's sentence be reduced to an offense level of 30, criminal history category VI, and a total sentence of 180 months imprisonment and all other terms and conditions previously imposed will remain the same.

IT IS FURTHER ORDERED that the Clerk certify copies of this Order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

This the 18th day of May, 2006.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE